# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. LUKE KICKLIGHTER, and STATE OF GEORGIA, ex rel. LUKE KICKLIGHTER,<br><br>Plaintiffs,<br><br>v.<br><br>MEADOWS REGIONAL MEDICAL CENTER, INC. d/b/a MEADOWS HEALTH; MEADOWS ADVANCED WOUND CARE CENTER, LLC; JOHN V. SPENCE, M.D.; and GEORGIA HYPERBARIC AND WOUND CONSULTING, LLC,<br><br>Defendants. | CIVIL ACTION NO.: 6:18-cv-44 |

**O R D E R**

Upon consideration of the motion filed by the United States and State of Georgia (the "Government") to administratively re-open and for a partial lift of the seal, and upon consideration of the Government's notice of election to intervene for purposes of settlement,

IT IS ORDERED that:

(1) The Government's motion be granted;

(2) The Clerk of Court shall re-open this matter and return it to the active docket; and

(3) All contents of the Court's file in this action <u>shall remain under seal</u> and not be made public or served upon the defendants, except for the Relator's Complaint, the Relator's First Amended Complaint, the Government's Notice of Election to Intervene and Motion to Administratively Re-Open and Lift Seal, this Order, and any filings occurring after the date of this Order.

**SO ORDERED**, this 21st day of November, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA