IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> LUKE KICKLIGHTER, ) <br> ) <br> STATE OF GEORGIA, *ex rel.* ) <br> LUKE KICKLIGHTER, ) <br> ) <br>              Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MEADOWS REGIONAL MEDICAL ) <br> CENTER, INC. d/b/a MEADOWS HEALTH; ) <br> MEADOWS ADVANCED WOUND CARE ) <br> CENTER, LLC; JOHN V. SPENCE, M.D.; ) <br> and GEORGIA HYPERBARIC AND ) <br> WOUND CONSULTING, LLC, ) <br> ) <br>              Defendants. ) | Civil Action No. 6:18-cv-044 <br><br> <u>EX PARTE AND UNDER SEAL</u> |

### NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL BY PLAINTIFFS

The United States of America and the State of Georgia (the "Government"), together with Luke Kicklighter ("Relator") (collectively, with the Government, "Plaintiffs"), by and through the undersigned counsel, respectfully notify the Court that the parties have finalized the settlement of this action. The parties request that this Court dismiss the action pursuant to and consistent with the terms of the settlement agreement reached in this case. The parties request that the dismissal be: (1) with prejudice to the Government as it relates to claims against Meadows Regional Medical Center, Inc. and Meadows Advanced Wound Care Center, LLC for the Covered Conduct identified in the settlement agreement; (2) without prejudice to the

1

Government as it relates to other claims against Medical Center, Inc. and Meadows Advanced Wound Care Center, LLC; (3) without prejudice to the Government as it relates to claims against John V. Spence and Georgia Hyperbaric and Wound Consulting, LLC; and (4) with prejudice to the Relator. Plaintiffs stipulate to dismissal consistent with the issues of prejudice described above. Plaintiffs further request that this Court retain jurisdiction over this case in the event that any issues come up regarding the terms or execution of any and all settlement agreements between the parties.

Respectfully submitted this 9th day of December, 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*s/ Jonathan A. Porter*
JONATHAN A. PORTER
Assistant United States Attorney
Post Office Box 8970
Savannah, Georgia  31412
Email: Jonathan.Porter@usdoj.gov
*Counsel for the United States*

CHRISTOPHER M. CARR
ATTORNEY GENERAL
STATE OF GEORGIA

*s/ James P. Mooney*
JAMES P. MOONEY
Assistant Attorney General
Office of the Attorney General
Georgia Medicaid Fraud Control Unit
200 Piedmont Ave., S.E.
West Tower, 19th Floor
Atlanta, Georgia 30334
Email: jmooney@LAW.GA.GOV

*Counsel for Georgia*

                <u>*s/Jason Marcus*</u>
                Jason Marcus
                Julie Bracker
                Bracker & Marcus, LLC
                3225 Shallowford Road, Suite 1120
                Marietta, Georgia 30062

                *Counsels for Relator*

## **CERTIFICATE OF SERVICE**

This is to certify that I have on December 9, 2019, served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

*s/ Jonathan A. Porter*
Jonathan A. Porter
Assistant United States Attorney
