# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ) <br> LUKE KICKLIGHTER, ) <br> ) <br> STATE OF GEORGIA, *ex rel.* ) <br> LUKE KICKLIGHTER, ) <br> ) <br>           Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MEADOWS REGIONAL MEDICAL ) <br> CENTER, INC. d/b/a MEADOWS HEALTH; ) <br> MEADOWS ADVANCED WOUND CARE ) <br> CENTER, LLC; JOHN V. SPENCE, M.D.; ) <br> and GEORGIA HYPERBARIC AND ) <br> WOUND CONSULTING, LLC, ) <br> ) <br>           Defendants. ) | Civil Action No. 6:18-cv-44 |

## **O R D E R**

Upon consideration of the notice and stipulation jointly filed by the United States of America, the State of Georgia, and relator Luke Kicklighter, and good cause having been established, IT IS HEREBY ORDERED THAT:

(1) the Complaint shall be dismissed with prejudice to the United States and State of Georgia as it relates to claims against Meadows Regional Medical Center, Inc. and Meadows Advanced Wound Care Center, LLC for the Covered Conduct identified in the settlement agreement;

(2) the Complaint shall be dismissed without prejudice to the United States and State of Georgia as it relates to other claims against Medical Center, Inc. and Meadows Advanced Wound Care Center, LLC;

(3) the Complaint shall be dismissed without prejudice to the United States and State of Georgia as it relates to claims against John V. Spence and Georgia Hyperbaric and Wound Consulting, LLC; and

(4) the Complaint shall be dismissed with prejudice to relator Luke Kicklighter.

IT IS FURTHER ORDERED that this Court will retain jurisdiction over this case in the event that any issues arise regarding the terms or execution of any and all settlement agreements between the parties.

The Clerk of Court is directed to **CLOSE** this case.

**SO ORDERED**, this 6th day of January, 2020.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA